IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| ALFRED FONTENOT, | § | |
|---|---|---|
| | § | |
| V. | § | CIVIL ACTION NO. G-06-411 |
| | § | |
| GALVESTON COUNTY JAIL | § | |

## ORDER FOR ANSWERS TO INTERROGATORIES

Plaintiff, filing *pro se*, brings this action for violations of his right to due process and civil rights. As part of the Court's routine screening process, Plaintiff is **ORDERED** to respond to the following interrogatories, with **brief and concise** answers, and must include the following affirmation after the last question: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

Specifically, plaintiff shall answer the following:

1. State the name of the jail official who slammed the door on you.

2. Is it your belief that this person intentionally closed the door on you to cause <u>you</u> harm?

3. If you believe this, state facts to support your belief.

4. Isn't it true that the jail official operating the door could not see the dayroom area where the accident occurred from his location?

5. Has any physician ever told you that your shoulder injury was to due to the accident at the jail?

6. If so, state:

    a. the name of the physician;

    b. a location where he/she can be reached;

    c. the date that you were told this.

Plaintiff shall have until **April 12, 2007**, in which to have answers to interrogatories <u>physically on file</u> in the Office of the Clerk.

1

Plaintiff is advised that, though he proceeds *pro se*, this is a civil action in which a signature on pleadings is a declaration that the allegations in the pleadings are true, to the best of plaintiff's knowledge. *If the allegations are not true*, plaintiff may be subject to sanctions including, but not limited to: (1) automatic striking of the pleading or other document; (2) dismissal of the action; (3) and, monetary fines.

Plaintiff is further **ORDERED** to file no further motions of pleadings without first obtaining express permission from the Court to do so. Any document filed in violation of this Order will be stricken.

**DONE** at Galveston, Texas, this the 15th day of March, 2007.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE